**Benjamin C. MENDOZA, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,
Respondent.**

No. 02–3322.

United States Court of Appeals,
Federal Circuit.

DECIDED: April 9, 2003.

*ORDER*

On January 31, 2003, the court issued an order allowing 30 days for Benjamin C. Mendoza ("Mendoza") to show cause why his petition for review should not be dismissed. Mendoza has failed to respond within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is hereby dismissed.

(2) Each side shall bear its own costs.

(3) Mendoza's motion for leave to proceed in forma pauperis is denied.